UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6/8/2023
```

**KENNA,** *derivatively on behalf of AMC Entertainment Holdings, Inc.*,

     **Plaintiff,**

    -against-

**ARON ET AL.,**

     **Defendants.**

19-cv-09148 (ALC)

**ORDER**

**ANDREW L. CARTER, United States District Judge:**

  It having been reported to the Court that this case has been or will be settled, it is hereby **ORDERED** that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within **thirty days.**

**SO ORDERED.**

Dated: June 8, 2023
    New York, New York

               _____
                **ANDREW L. CARTER, JR.**
                **United States District Judge**